BEFORE THE SECOND DIVISION, AUGUST 19, 1954

**No. 58329.**—Houston Oilfield Material Co. *v.* United States, protest 197890–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiff was sustained.